**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

§
§
§
§

## ORDER REGARDING WACO DIVISION DOCKET

It is hereby **ORDERED** that all Waco criminal cases of the undersigned be **TRANSFERRED** to District Judge Christopher R. Wolfe. This transfer is required to comply with the Amended Order Assigning the Business of the Court filed on May 18, 2026.

It is further **ORDERED** that the Clerk of Court shall credit these cases to the percentage of business of the receiving Judge.

**SIGNED** this 26th day of May, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE